**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

SAIO BARZEE,

Petitioner,

-v- 9:23-CV-1022 (DNH/ML)

JAY SKIFF,

Respondent.

---

**APPEARANCES:** **OF COUNSEL:**

SAIO BARZEE
Petitioner, Pro Se
25-B-0694
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

HON. LETITIA JAMES
New York State Attorney General
28 Liberty Street, 14th Floor
New York, NY 10005

JALINA J. HUDSON, ESQ.
Assistant Attorney General

**Hon. David N. Hurd, U.S. District Judge:**

**ORDER ON REPORT & RECOMMENDATION**

On July 7, 2023, *pro se* petitioner Saio Barzee ("petitioner") filed this petition in the U.S. District Court for the Western District of New York seeking a writ of habeas corpus under 28 U.S.C. § 2254 challenging his criminal conviction in Onondaga County. Dkt. No. 1. Along with the petition, petitioner moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. Nos. 2, 6. He later paid the filing fee. *See* Dkt. No. 9.

Thereafter, because petitioner was incarcerated in a DOCCS facility in this judicial district, the petition was *sua sponte* transferred to the U.S. District Court for the Northern District of New

York, Dkt. No. 10, where it was initially assigned to Senior U.S. District Judge Gary L. Sharpe. *See* Dkt. No. 21. The matter was later reassigned to this Court, *id.*, and, after a number of extensions of time, *see, e.g.*, Dkt. No. 23, the petition was fully briefed on May 23, 2024, Dkt. Nos. 27, 28, 29, 30, 36. Petitioner also filed a number of additional submissions. Dkt. Nos. 37, 38, 39, 41, 42, 43, 44. The petition was referred to U.S. Magistrate Judge Miroslav Lovric, who cautioned petitioner that the matter was fully briefed. Dkt. No. 45.

On August 18, 2026, Judge Lovric advised by Report & Recommendation ("R&R") that the petition be denied and dismissed. Dkt. No. 49. Petitioner has moved for leave to "appeal" the R&R, Dkt. No. 53, which the Court construes as a timely objection or, in the alternative, a request to take a direct appeal from the final decision on the R&R.

A notice of appeal usually divests the district court of jurisdiction. *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). But that rule does not apply if the notice of appeal is frivolous, untimely, or otherwise defective. *See, e.g.*, *China Nat'l Chartering Corp. v. Pactrans Air & Sea, Inc.*, 882 F. Supp. 2d 579, 595 (S.D.N.Y. 2012).

To the extent that petitioner's "motion for leave to appeal" might be understood as a motion to take a direct appeal to the Second Circuit from the pending R&R, that motion is "otherwise defective"—an R&R is not an appealable final order. *See, e.g.*, *LCS Grp., LLC v. Shire LLC,* 2019 WL 7824613, at *1 (2d Cir. Nov. 12, 2019) (refusing to exercise jurisdiction over pending report and recommendation); *Juste v. Sessions*, 2017 WL 3754208 (2d Cir. Apr. 26, 2017) (dismissing appeal sua sponte for want of jurisdiction where plaintiff attempted to appeal from R&R).

In other words, this Court retains jurisdiction to consider whether to adopt, modify, or reject the pending R&R. Upon *de novo* review, the R&R is accepted and will be adopted. 28 U.S.C. § 636(b)(1)(C). However, this Court's adoption of the R&R *will* create an appealable final order.

Therefore, petitioner's #53 motion for leave to appeal can be transmitted to the Second Circuit for consideration.

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 49) is ACCEPTED;

2. The petition (Dkt. No. 1) is DENIED and DISMISSED; and

3. No Certificate of Appealability shall be issued.

The Clerk of the Court is directed to terminate the pending motions, enter a judgment accordingly, and close the file. The Clerk is further directed to administratively terminate the pending motion on this docket and submit petitioner's motion for leave to appeal (Dkt. No. 53) to the U.S. Court of Appeals for the Second Circuit as a notice of appeal.

**IT IS SO ORDERED.**

Dated: September 10, 2026
Utica, New York.

David N. Hurd
U.S. District Judge